IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALVESTER BOYD, III                                                                                    PLAINTIFF
ADC #132604

V.                              NO.  1:08cv00043 BSM-JWC

SHELIA ARMSTRONG, et al                                                                       DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's claims against Defendants Kelly, May, Baswell, Norris, Maples and Heier are dismissed without prejudice.  Plaintiff's case shall proceed against Defendants Cowell, Ball, and Armstrong.

Service is appropriate for Defendants Cowell, Ball, and Armstrong.  The Clerk of the Court is directed to prepare a summons for Defendant Ball, directed to the Compliance Office of the Arkansas Department of Correction.  The Clerk is further directed to prepare a summons for Defendants Cowell and Armstrong, directed to Humphries and Lewis law firm, P.O. Box 20670, White Hall, Arkansas 71612.  The United States Marshal is directed to serve a copy of the original and amended complaints with any attachments (doc. 2, 6), and a summons for each Defendant without prepayment of fees and costs or security therefor.  Should any Defendant need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 9th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE