**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ALVESTER BOYD, III                                                                  PLAINTIFF

V.                                              1:08CV00043 BSM

SHELIA ARMSTRONG *et al.*                                                  DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice; the relief sought is denied.  The court further certifies that an *in forma pauperis* appeal

taken from the order and judgment dismissing this action is considered frivolous and not in good

faith.

DATED this 27th day of February,  2009.

_____
UNITED STATES DISTRICT JUDGE